**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMEIN SPRUIELL, | ) NO. CV 06-01387-CJC (MAN) |
| | ) NO. CV 08-00973-CJC (MAN) |
|         Petitioner, | ) [Consolidated Cases] |
| | ) |
|   v. | ) ORDER ADOPTING FINDINGS, |
| | ) |
| D.L. RUNNELS, | ) CONCLUSIONS, AND RECOMMENDATIONS |
| | ) |
|         Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |
| _____ | ) |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petitions for Writ of Habeas Corpus filed in these consolidated cases, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing. Having completed its review, the Court accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

    IT IS ORDERED that: (1) Respondent's Motion to Dismiss filed on May 21, 2008, is GRANTED, and the habeas claims identified in the Report

as Grounds Eleven and Twelve are dismissed as untimely; (2) the remaining habeas claims alleged by Petitioner are DENIED on their merits; (3) Petitioner's Motion for an Evidentiary Hearing filed on November 17, 2008, is DENIED; and (4) Judgment shall be entered dismissing these consolidated actions with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: <u>March 26, 2009</u>.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE