JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMEIN SPRUIELL, | ) NO. CV 06-01387-CJC (MAN) |
| | ) NO. CV 08-00973-CJC (MAN) |
| Petitioner, | ) [Consolidated Cases] |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| D.L. RUNNELS, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that these consolidated actions are dismissed with prejudice.

DATED: March 26, 2009.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE